IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In the matter of:<br><br>FRANK J. KAMPY<br>DBA SPECIALIZED MEDICAL SERVICES and<br>CAROL KAMPY<br><br><br>Debtors | In proceedings under<br>Chapter 13<br>Case No. 09-72798<br><br><br><br>Judge MANUEL BARBOSA |

## NOTICE OF ELECTRONIC FILING
## AND CERTIFICATION OF SERVICE BY MAIL

     **PLEASE TAKE NOTICE** that a *Response to Notice of Payment of Final Mortgage Cure Amount* in the above captioned matter has been electronically filed on January 10, 2012 with the U.S. Bankruptcy Court for NORTHERN District of Illinois and served electronically upon the following parties:

                                    */s/ Timothy R. Yueill*
                                    By:  Timothy R. Yueill, Esq.

**Served upon the following parties electronically:**
BRIAN A. HART LAW OFFICES PC, 1410 N. MAIN ST., ROCKFORD, IL 61103 - Counsel for Debtors
LYDIA MEYER, P.O. BOX 14127, ROCKFORD, IL 61105 - Trustee
PATRICK S. LAYNG, 780 REGENT ST., STE. 304, MADISON, WI 53715 - U.S. Trustee
**and served upon the following parties by mail:**
FRANK J. KAMPY, 541 TERRACE DR., ALGONQUIN, IL 60102 – Debtor
CAROL KAMPY, 541 TERRACE DR., ALGONQUIN, IL 60102 - Debtor

### Certification of Service
     I, the undersigned, an attorney, hereby certified that I have served a copy of this Notice along with the attached Response upon the parties listed above, as to the Trustees and Debtors' counsel via electronic through ECF on January 10, 2012, and as to the Debtors by causing same to be mailed in a properly addressed envelope, postage prepaid, in the U.S. Mail Chute at 175 North Franklin, Chicago, Illinois, before the hour of 5:00 p.m., on January 10, 2012.

                                  By:  */s/ Timothy R. Yueill*

**LAW OFFICES OF IRA T. NEVEL, LLC**
175 North Franklin, Suite 201
Chicago, Illinois  60606
(312) 357-1125
ZCK

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In the matter of:<br><br>FRANK J. KAMPY<br>DBA SPECIALIZED MEDICAL SERVICES and<br>CAROL KAMPY<br><br>         Debtors | In proceedings under<br>Chapter 13<br>Case No. 09-72798<br><br>Judge MANUEL BARBOSA |

### RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

NOW COMES AMERICAN HOME MORTGAGE SERVICING, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-OPT1, ASSET-BACKED CERTIFICATES, SERIES 2006-OPT1, a secured creditor herein, by and through its counsel, LAW OFFICES OF IRA T. NEVEL, LLC and in Response to the Trustee's *Notice of Payment of Final Mortgage Cure*, states as follows:

1. Respondent acknowledges that its Proof of Claim has been satisfied in full pursuant to the Trustee's disbursements through the Plan.

2. Respondent objects to treating the mortgage at issue as reinstated and fully current as the debtor has not made timely post petition mortgage payments.

3. That as of the approximate date of this timely Response, the Debtor was post petition due for December 2011 mortgage payment (with $325.30 being held in suspense as insufficient to apply. (Copy of payment history is attached hereto as Ex. A).

                                                    Law Offices of Ira T. Nevel, LLC


                                                    */s/ Timothy R. Yueill*
                                                    By:  Timothy R. Yueill, Esq.
                                                    Counsel for AMERICAN HOME MORTGAGE
                                                    SERVICING, INC.


**LAW OFFICES OF IRA T. NEVEL, LLC**
175 North Franklin, Suite 201
Chicago, Illinois  60606
(312) 357-1125
ZCK